HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STEVEN KARL EDWARDS, | CASE NO. C19-5153RBL |
| Petitioner, | ORDER |
| v. | |
| DONALD R HOLBROOK, | |
| Respondent. | |

THIS MATTER is before the Court the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. # 11]. Petitioner Edwards did not object to the Report and Recommendation.

(1) The Report and Recommendation is **ADOPTED**.

(2) Edwards' federal habeas petition under 28 U.S.C. § 2254 is **DENIED**.

(3) The Court will **NOT** issue a Certificate of Appealability under 28 U.S.C. § 2253(c)(2), for the reasons articulated in the Report and Recommendation.

(4) Edwards' *in forma pauperis* status may continue on appeal. *See* Rule of Appellate Procedure 24(a)(3).

IT IS SO ORDERED.

Dated this 28th day of June, 2019.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER - 2